STATE OF LOUISIANA IN THE INTEREST OF

S. W. AND S. W.

NO. 19-C-616

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

December 27, 2019

Mary E. Legnon
Chief Deputy Clerk

**IN RE** D. S.

**APPLYING FOR** SUPERVISORY WRIT FROM THE JEFFERSON PARISH JUVENILE COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE AMANDA L. CALOGERO, DIVISION "B", NUMBER 20-60

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and John J. Molaison, Jr.

**WRIT GRANTED**

Relator, Dora Spencer, as Intervenor/Petitioner for Custody in the child in need of care case of S.W. & S.W., seeks review of the trial court's rulings of November 21, 2019, denying her Petition for Custody, declining to hear her Motion for Intervention and failing to rule on her Motion for Recusal of the trial judge.  Relator filed a Motion for Intervention on October 17, 2019.  Relator filed a Motion for Recusal on November 20, 2019, the day prior to the hearing on the children's disposition and her Motion for Intervention.  The trial court denied the Petition for Custody and continued the Motion for Recusal and Motion for Intervention to December 10, 2019.

We find that the trial court erred in ruling on the Petition for Custody and holding the Dispositional hearing without ruling on the Motion for Recusal for hearing on December 10, 2019.  Relator had a "real and actual interest" in custody and intervention in this cause making her a party who could seek to recuse the trial court judge.  *See In re Interdiction of Greenblatt*, 2003-1889 (La. 11/14/03), 860 So.2d 533, 534.  Therefore, we vacate the rulings of the trial court on November 21, 2019 dismissing the Petition for Custody and the finalizing the disposition of the children and order the trial court to rule on the motion for recusal or refer the

19-C-616

motion to another member of the bench for determination in accordance with La. C.C.P. art. 154.

Gretna, Louisiana, this 27th day of December, 2019.

**FHW**
**SMC**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>12/27/2019</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**19-C-616**

### E-NOTIFIED

Cynthia D. Samuel (Relator)

Hester R. Hilliard (Respondent)
Jennifer G. Womble (Respondent)

### MAILED

Trishawn Payne Jones (Respondent)
Attorney at Law
Department of Children and Family
Services
1450 Poydras Street
Suite 1600
New Orleans, LA 70112

Caitlin J. Glass (Respondent)
Attorney at Law
Post Office Box 792193
New Orleans, LA 70179